RECEIVED

AUG 2 8 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LOUIS CRYER,<br>Petitioner | CIVIL ACTION NO. 1:19-CV-207-P |
| VERSUS | JUDGE DEE D. DRELL |
| BUREAU OF PRISONS, ET AL,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition (Doc. 1) is hereby DISMISSED WITHOUT PREJUDICE in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 28th day of AUGUST, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE